**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Peter Porcelli v. National Collegiate Athletic Association

Case Number: 1:19-cv-02078

An appearance is hereby filed by the undersigned as attorney for:

Long Island University

Attorney name (type or print): Kathryn V. Long

Firm: SmithAmundsen LLC

Street address: 150 N. Michigan Avenue, Suite 3300

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6299363
(See item 3 in instructions)

Telephone Number: (312) 894-3200

Email Address: Klong@salawus.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 14, 2019

Attorney signature: S/ Kathryn V. Long

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015